JOHN MEARS & others *vs.* BOSTON AND NEW YORK CENTRAL RAILROAD COMPANY.

Selectmen of a town may discontinue a suit in equity to restrain a railroad corporation from unlawfully and dangerously running cars on their road; although a temporary injunction has been issued; and although some of the inhabitants of the town move to come in and prosecute the suit.

BILL IN EQUITY filed by the selectmen of Dorchester to restrain the defendants from running cars to the danger of the public, and in such a manner as to be a nuisance, upon part of their road in Dorchester, alleged to have been constructed contrary to the provisions of their charter. Upon the filing of the bill, a temporary injunction was granted.

*W. Richardson,* in behalf of the selectmen, now moved, pur suant to votes of their board, and of the inhabitants of the town, for a dissolution of the injunction, and for leave to discontinue the suit.

*J. J. Clarke & A. Churchill,* moved that other inhabitants of the town might be admitted to come in and prosecute this suit.

*G. M. Browne & S. W. Bates,* for the defendants.

BY THE COURT. No other parties than the selectmen of Dorchester are now before the court as plaintiffs; and if any persons, as citizens of the Commonwealth, or inhabitants of the town, could lawfully intervene in this suit, they can commence a new one, if the cause exists, and have the same remedy, as they might in this. The selectmen, as the only present plaintiffs, have a right to discontinue their suit.

*Bill dismissed, without costs.*